IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

CRAIG COLEY, :
:
    Plaintiff :
:  CASE NO. 7:22-CV-26-WLS-TQL
VS. :
:
JOHNNY JACKSON, *et al.*, :
:
    Defendants :

## ORDER

*Pro se* Plaintiff Craig Coley, an inmate at Thomas County Jail in Thomasville, Georgia, filed a 42 U.S.C. § 1983 complaint (ECF No. 1) and his amended complaint (ECF No. 6). Plaintiff also filed a motion to proceed *in forma pauperis*. ECF No. 2. On May 13, 2022, the Court granted Plaintiff's motion to proceed *in forma pauperis* and ordered him to pay an initial partial filing fee of $22.06. ECF No. 8. Plaintiff was given fourteen days to pay. *Id.* He was informed that failure to comply may result in dismissal. *Id.* Plaintiff failed to pay the initial partial filing fee.

Therefore, on June 6, 2022, the Court notified Plaintiff that it had not received a response and ordered him to show cause why his action should not be dismissed for failure to comply and diligently pursue his claims. ECF No. 9. Plaintiff was again given fourteen days to comply. *Id.* Furthermore, the Court specifically informed Plaintiff that his action would be dismissed if he failed to respond. *Id.* Plaintiff has once again failed to respond.

Because Plaintiff has failed to respond to the Court's orders or otherwise prosecute his case, his complaint is **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

**SO ORDERED,** this 27th day of June, 2022.

_W. Louis Sands_
W. LOUIS SANDS
UNITED STATES DISTRICT JUDGE