IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CRAIG COLEY, | * |
| Plaintiff, | * |
| v. | Case No.  7:22-cv-26(WLS) |
| | * |
| JOHNNY JACKSON, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 27, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 28th day of June, 2022.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk